## STATE OF CONNECTICUT *v.* MICHAEL ANGELO DEMARCO

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 124 Conn. App. 438 (AC 30152), is granted, limited to the following issue:

"Whether the Appellate Court properly determined that the trial court improperly denied the defendant's motion to suppress?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18738.

*Ronald G. Weller*, senior assistant state's attorney, in support of the petition.

*Lindy R. Urso*, in opposition.

Decided January 20, 2011

## STATE OF CONNECTICUT *v.* ORAL H.

*Jeffrey C. Kestenband*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 307 (AC 30604), is denied.